UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nancy Louise Berg,

    Plaintiff,

v.                                                                     Case No. 13-11844

Commissioner of Social Security,                 Honorable Sean F. Cox
                                                                Magistrate Judge Charles E. Binder

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

      This is a social security appeal.  On April 24, 2013, Plaintiff Nancy Louise Berg filed her Complaint with this Court against the Commissioner of Social Security, alleging that an Administrative Law Judge's denial of her Social Security Disability Insurance benefits application is unsupported by substantial evidence and is contrary to law and regulation.  (Doc. #1).

      On September 11, 2013, Plaintiff filed a Motion For Summary Judgment  (Doc. #13).  On October 24, 2013, Defendant filed a Cross-Motion for Summary Judgment (Doc. #14).  This case was referred to Magistrate Judge Charles E. Binder for issuance of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C).  (Doc. #3).

      On September 10, 2014, Magistrate Judge Binder issued a Report and Recommendation ("R&R") wherein he recommended that this Court GRANT Defendant's Motion for Summary Judgment and DENY Plaintiff's Motion for Summary Judgment  (Doc. #16).

      Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being

served with a copy of the R&R. FED. R. CIV. P. 72(b)(2). "The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3).

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. Furthermore, the Court agrees with the Magistrate Judge's recommendation. Therefore, the Court hereby ADOPTS the September 10, 2014 R&R. IT IS ORDERED that Plaintiff's Motion for Summary Judgment (Doc. #13) is DENIED, Defendant's Motion for Summary Judgment (Doc. #14) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

    S/Sean F. Cox
    Sean F. Cox
    United States District Judge

Dated: September 30, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2014, by electronic and/or ordinary mail.

    S/Jennifer McCoy
    Case Manager